# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

VS.                                **CRIMINAL NO. H-17-651**

**GILBERT GARCIA**

## ORDER

Mr. GILBERT GARCIA's Motion for Pretrial Release is Granted.

Mr. Garcia is refereed to the duty United States Magistrate to set conditions of his release.

Done in Houston this __19__ day of January, 2020

_____
Gray H. Miller
United States District Judge